UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

In re )
)
JOHNS-MANVILLE CORPORATION, )
MANVILLE CORPORATION, ) In proceedings for a Reorganization
MANVILLE INTERNATIONAL CORPORATION, ) Under Chapter 11.
MANVILLE EXPORT CORPORATION, ) Case Nos. 82 B 11656,
JOHNS-MANVILLE INTERNATIONAL ) 82 B 11657, 82 B 11660,
CORPORATION, ) 82 B 11661, 82 B 11665 through
MANVILLE SALES CORPORATION, ) 82 B 11673 inclusive,
   f/k/a JOHNS-MANVILLE SALES ) 82 B 11675, 82 B 11676 (BRL)
   CORPORATION, successor by merger to )
   MANVILLE BUILDINGS MATERIALS )
   CORPORATION, MANVILLE PRODUCTS )
   CORPORATION and MANVILLE SERVICE )
   CORPORATION, )
MANVILLE INTERNATIONAL CANADA, INC., )
MANVILLE CANADA, INC., )
MANVILLE INVESTMENT CORPORATION, )
MANVILLE PROPERTIES CORPORATION, )
ALLAN-DEANE CORPORATION, )
KEN-CARYLE RANCH CORPORATION, )
JOHNS-MANVILLE IDAHO, INC., )
MANVILLE CANADA SERVICE, INC., )
SUNBELT CONTRACTORS, INC., )
)
                    Debtors. )

---

**TRAVELERS ADDENDUM TO APPELLATE COUNTER-DESIGNATION**

       On September 17, 2004, The Travelers Indemnity Company and Travelers Casualty and Surety Company (formerly The Aetna Casualty and Surety Company) and Travelers Property Casualty Corp. (collectively, "Travelers"), by its attorneys Simpson Thacher & Bartlett LLP, filed its Counter-Designations And Statement Regarding The Relatedness Of The Notices Of Appeal (Docket No. 3776).  In light of amended and supplemental filings by other parties to this proceeding, Travelers respectfully (1) incorporates into its prior counter-designation (which specified that "Each item designated by any appellant (Chubb, Continental,

One Beacon or the Objecting Claimants) is counter-designated as to every appeal") each of the newly-designated items, as well as the subsequent filings in this matter, and (2) amends the Appendix to Travelers September 17th filing to include the following items, copies of which are being transmitted to the Clerk pursuant to Bankr. S.D.N.Y. R. 8007-1(a) in a volume entitled "Record on Appeal (Addendum), Volume 1 of 1":

213. Amended Notice of Appeal, dated September 24, 2004 (Docket No. 3779)

214. First Amended Designation Of Record On Appeal, dated September 24, 2004 (Docket No. 3780)

215. First Amended Statement Of Issues On Appeal, dated September 24, 2004 (Docket No. 3780)

216. Certification with Exhibit: Affidavit of Bruce Carter dated July 1, 2004, dated September 27, 2004 (Docket No. 3783)

217. Common Law Settlement Counsels' Counter-Designation for the Record on Appeal dated October 1, 2004 (Docket No. 3784)

Dated: New York, New York
       October 5, 2004

                    SIMPSON THACHER & BARTLETT LLP

                    By  /s/M.O. Sigal, Jr.
                         Barry R. Ostrager (BRO-5379)
                         M. O. Sigal, Jr. (MOS-1314)
                         Mark J. Thompson (MJT-4187)
                         Andrew T. Frankel (ATF-5202)

                         425 Lexington Avenue
                         New York, NY 10017-3954
                         Telephone:  (212) 455-2000
                         Facsimile:  (212) 455-2502

                         Attorneys for The Travelers Indemnity
                         Company and Travelers Casualty and Surety
                         Company